LEO GREENBERG et al., Appellants, v. CITY OF NEW ROCHELLE et al., Respondents.

Submitted November 29, 1954; decided December 31, 1954.

*Richard P. Donovan, Murray C. Fuerst, Corporation Counsel,* and *Daniel Danziger* for motion.

*Joseph Lotterman* opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion.